UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRADLEY SHELTON, )
                Petitioner, )
)
vs. ) 2:14-cv-84-JMS-DKL
)
UNITED STATES OF AMERICA. )

**E N T R Y**

This action for relief pursuant to 28 U.S.C. § 2255 was concluded through the denial of that motion on October 14, 2014. The entry of final judgment on that date has been followed with the filing of the petitioner's motion for extension of time in which to file motion for reconsideration.

Federal Rule of Civil Procedure 59(b) states that motions to alter a final judgment "must be filed no later than 28 days after the entry of the judgment." Fed.R.Civ.P. 59(b). The Rule's time limit is strictly construed, and courts have no authority to extend the twenty-eight day deadline. *See Hope v. United States,* 43 F.3d 1140, 1143 (7th Cir. 1994); *Western Industries, Inc. v. Newcor Canada Ltd.,* 709 F.2d 16, 17 (7th Cir. 1983), Final judgment was entered in this case on October 14, 2014 and Rule 59(e) required the petitioner to file any motion to alter or amend judgment within 28 days from that date. The petitioner has not done so and his motion for extension of time [dkt 11], which cannot be granted by this court, is therefore **denied.**

IT IS SO ORDERED.

Date: December 5, 2014

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

BRADLEY S. SHELTON
09489-028
LEWISBURG U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837

Electronically Registered Counsel